UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00382

**Jennifer Marie Arnold,**
*Plaintiff,*
v.
**Commissioner, SSA,**
*Defendant.*

**ORDER**

On May 24, 2023, plaintiff Jennifer Arnold filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"). Doc. 19. The Commissioner did not file a response. The motion was referred to United States Magistrate Judge John D. Love for findings of fact and recommendation for disposition. Doc. 20.

On July 5, 2023, Judge Love issued a report and recommendation, recommending that plaintiff's motion be granted and that the Commissioner pay to plaintiff the sum of $6,006.14 in reasonable attorney's fees under the EAJA. Doc. 21.

Neither party has filed objections to Judge Love's report and recommendation, and the timeframe for doing so has passed. When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Accordingly, the report and recommendation (Doc. 21) is accepted. Plaintiff's motion (Doc. 19) is granted, and the Commissioner shall pay to plaintiff the sum of $6,006.14. Commissioner shall send payment, made payable to plaintiff, to plaintiff's counsel.

*So ordered by the court on August 29, 2023.*

J. CAMPBELL BARKER
United States District Judge