UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00382

**Jennifer Marie Arnold,**
*Plaintiff,*

v.

**Commissioner, SSA,**
*Defendant.*

## ORDER

Plaintiff's lawyer, Ronald Honig, filed an unopposed petition to obtain approval of a fee for representing a social-security claimant pursuant to 42 U.S.C. § 406(b). Doc. 23. The motion was referred to Magistrate Judge John D. Love for findings of fact and recommendation for disposition.

On May 29, 2025, Judge Love issued a report and recommendation that Mr. Honig's petition be granted and that the Commissioner pay the requested § 406(b) fee award to plaintiff's counsel in the amount of $14,704.00. Doc. 24. Judge Love further recommended that, concomitant with the award of attorney fees under § 406(b), plaintiff's counsel shall refund the amount of $6,006.14 in Equal Access to Justice Act (EAJA) fees to plaintiff. *Id.*

Neither party has filed objections to Judge Love's report and recommendation, and the time for doing so has passed. The court therefore reviews the magistrate judge's findings only for clear error or abuse of discretion and reviews his legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (explaining that, if no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"), *cert. denied*, 492 U.S. 918 (1989).

Having reviewed the magistrate judge's report (Doc. 24), and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Mr. Honig's petition (Doc. 23) is

granted, and the Commissioner shall pay the requested § 406(b) fee award to plaintiff's counsel in the amount of $14,704.00. Concomitant with the award of attorney fees under § 406(b), plaintiff's counsel shall refund the amount of $6,006.14 in EAJA fees to plaintiff.

*So ordered by the court on June 26, 2025.*

J. CAMPBELL BARKER
United States District Judge